J-A08036-25

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| MARTIN GREEN | : | |
| | : | |
| Appellant | : | No. 1645 EDA 2024 |

Appeal from the Judgment of Sentence Entered January 26, 2024
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s):  CP-51-CR-0000608-2023

BEFORE:  LAZARUS, P.J., McLAUGHLIN, J., and SULLIVAN, J.

CONCURRING/DISSENTING MEMORANDUM BY McLAUGHLIN, J.:

**FILED SEPTEMBER 30, 2025**

I respectfully disagree with the majority that the evidence was sufficient to grade the conviction for possession of a firearm prohibited as a first-degree felony. Appellant merely stipulated that he had a disqualifying prior conviction. He did not admit any particular offense. It was an error on the Commonwealth's part not to get a fuller stipulation or present evidence of the specific prior conviction. Its failure to do either renders the first-degree felony grading improper. I respectfully dissent on this point only.